FILED
Oct 19 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: |
| vs. ) | 0971 3:12CR00780-001 SI |
| ) | |
| ANDRE BENARD ) | |
| ) | |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

    1.    You must participate in the Location Monitoring Program as directed by the probation officer until such time as violation proceedings are concluded, and be monitored by location monitoring technology at the discretion of the probation officer. Location monitoring shall be utilized to verify your compliance with home detention while on the program. You are restricted to your residence at all times except for employment, education, religious services, medical appointments, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the probation officer. You must pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer.

Date: <u>October 16, 2020</u>

Susan Illston
Senior United States District Judge